DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
GABRIEL AMBRIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 10-469 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER VACATING |
| v. | ) | DATE, CONTINUING CASE, AND |
| | ) | EXCLUDING TIME |
| LUIS HERNANDEZ, | ) | |
| EDWIN SAMANIEGO, | ) | |
| ELI AMBRIZ, | ) | Date:  June 14, 2011 |
| BERARDO QUEVEDO | ) | Time:  9:30 a.m. |
| GABRIEL AMBRIZ, | ) | Judge: Hon. Mendez |
| NICHOLAS SUASTAS, | | |
| EDGAR VALDOVINOS, | | |
| Defendants. | | |

_____

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Anderson, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Gabriel Ambriz; Attorney Gilbert Roque, Counsel for Luis Hernandez; Attorney Danny Brace, Counsel for Edwin Samaniego; Attorney John Duree, Counsel for Eli Ambriz; Attorney Clemente Jimenez, Counsel for Berardo Quevedo; Attorney Vicor Haltom, Counsel for Nicohlas Suastas; Attorney Mark Reichel, Counsel for Edgar Valdovinos, that the status conference scheduled for April 26, 2011, be vacated and

1  the matter be continued to this Court's criminal calendar on June 14,
2  2011, at 9:30 a.m., for further status.
3       This continuance is requested by the defense in order to permit
4  further diligent examination of possible defenses, further client
5  consultation concerning available courses of action, negotiations sith
6  the prosecution and review of discovery.
7       **IT IS FURTHER STIPULATED** that time for trial under the Speedy
8  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
9  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
10 ends of justice served in granting the continuance and allowing the
11 defendant further time to prepare outweigh the best interests of the
12 public and the defendant in a speedy trial.
13      The Court is advised that all counsel have conferred about this
14 request, that they have agreed to the June 14, 2011 date, and that all
15 Counsel have authorized Ms. Santos to sign this stipulation on their
16 behalf.
17      **IT IS SO STIPULATED**.
18
19 Dated: April 25, 2011           /s/ Dina L. Santos
                                   DINA L. SANTOS
20                                 Attorney for Defendant
                                   Gabriel Ambriz
21
   Dated: April 25, 2011           /s/ Gilbert Roque
22                                 GILBERT ROQUE
                                   Attorney for Defendant
23                                 Luis Hernandez
24 Dated: April 25, 2011           /s/ Danny Brace
                                   DANNY BRACE
25                                 Attorney for Defendant
                                   Edwin Samaniego
26
   Dated: April 25, 2011           /s/ John Duree
27                                 JOHN DUREE
                                   Attorney for Defendant
28                                 Eli Ambriz

Stipulation and Order                2

Dated: April 25, 2011           /s/ Clemente Jimenez
                                CLEMENTE JIMINEZ
                                Attorney for Defendant
                                Berardo Quevedo

Dated: April 25, 2011           /s/ Victorn Haltom
                                VICTOR HALTOM
                                Attorney for Defendant
                                Nicholas Suastas

Dated: April 25, 2011           /s/ Mark Reichel
                                MARK REICHEL
                                Attorney for Defendant
                                Edgar Valdovinos

Dated: April 25, 2011           /s/ Michael Anderson
                                MICHAEL ANDERSON
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

           By the Court,


Dated: April 25, 2011           /s/ John A. Mendez
                                Hon. John A. Mendez
                                United States District Judge