GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for LUIS HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LUIS HERNANDEZ,<br>EDWIN SAMANIEGO,<br>ELI AMBRIZ,<br>BERNARDO QUEVEDO,<br>GABRIEL AMBRIZ,<br>NICHOLAS SUASTAS, and<br>EDGAR VALDOVINOS,<br><br>                Defendants. | 2:10-CR-469-JAM<br><br>STIPULATION AND<br>ORDER VACATING DATE,<br>CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date   : 7/12/11<br>Time   : 9:30 a.m.<br>Court  : Hon. John A. Méndez |

**IT IS HEREBY STIPULATED** by and among Plaintiff United States of America, through Assistant United States Attorney Michael D. Anderson; Defendant Luis Hernández, through his counsel, Gilbert A. Roque;  Defendant Edwin Samaniego, through his counsel, Danny D. Brace, Jr.; Defendant Eli Ambriz, through his counsel, John R. Duree, Jr.; Defendant Bernardo Quevedo, through his counsel, Clemente M. Jiménez; Defendant Gabriel Ambriz, through his counsel, Dina L. Santos; Defendant Nicholas Suastas, through his counsel, Victor S. Haltom; and Defendant Edgar Valdovinos, through his counsel, Mark J. Reichel, that the Status Conference scheduled for June 14, 2011, at 9:30 a.m., be vacated and the matter be continued to July 12, 2011, at 9:30 a.m., before the Honorable John A. Méndez.

This continuance is requested by the defense in order to permit further diligent examination of possible defenses, further client consultation concerning available courses of

action, negotiations with the prosecution and review of discovery.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendants in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the July 12, 2011 date, and that all counsel have authorized Mr. Roque to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: June 10, 2011        /s/ Gilbert A. Roque
                            GILBERT A. ROQUE, Attorney for
                            LUIS HERNANDEZ, Defendant

DATED: June 10, 2011        /s/ Danny D. Brace, Jr.
                            DANNY D. BRACE, JR., Attorney for
                            EDWIN SAMANIEGO, Defendant

DATED: June 10, 2011        /s/ John R. Duree, Jr.
                            JOHN R. DUREE, JR., Attorney for
                            ELI AMBRIZ, Defendant

DATED: June 10, 2011        /s/ Clemente M. Jiménez
                            CLEMENTE M. JIMENEZ, Attorney for
                            BERNARDO QUEVEDO, Defendant

DATED: June 10, 2011        /s/ Dina L. Santos
                            DINA L. SANTOS, Attorney for
                            GABRIEL AMBRIZ, Defendant

DATED: June 10, 2011        /s/ Victor S. Haltom
                            VICTOR S. HALTOM, Attorney for
                            NICHOLAS SUASTAS, Defendant

DATED: June 10, 2011        /s/ Mark J. Reichel
                            MARK J. REICHEL, Attorney for
                            EDGAR VALDOVINOS, Defendant

DATED: June 10, 2011        /s/ Michael D. Anderson
                            MICHAEL D. ANDERSON
                            Assistant United States Attorney
                            Attorney for Plaintiff

# ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial, and orders that the time from the date of the parties' stipulation, June 10, 2011, to and including the new Status Conference, July 12, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the June 14, 2011, Status Conference is vacated and shall be continued until July 12, 2011, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: 6/13/2011                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge