DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
GABRIEL AMBRIZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 10-469 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | J&S |
| | ) | |
| | ) | Date:  Sept. 11, 2012 |
| GABRIEL AMBRIZ, | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. John A. Mendez |
| Defendants. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Anderson, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Gabriel Ambriz; that the date set for judgment and sentencing be continued to this Court's criminal calendar on September 11, 2012, at 9:45 a.m.

This continuance is requested by the defense in order to permit that the probation report be translated by a federally certified court interpreter.  Although Counsel has reviewed the report with the client, it needs to be read to Mr. Ambriz by an interpreter to ensure that he fully comprehends its contents.  Mr. Ambriz has been housed at the

1  Sacramento County jail for the past year and half but was recently
2  moved to another facility.
3
4      The Court is advised that all counsel have conferred about this
5  request, that they have agreed to the September 11, 2012 date, and that
6  all Counsel have authorized Ms. Santos to sign this stipulation on
7  their behalf.
8      **IT IS SO STIPULATED.**
9
10 Dated: August 20, 2012          /s/ Dina L. Santos
                                   DINA L. SANTOS
11                                 Attorney for Defendant
                                   Gabriel Ambriz
12
13
14 Dated: August 20, 2012          /s/ Michael Anderson
                                   MICHAEL ANDERSON
15                                 Assistant United States Attorney
                                   Attorney for Plaintiff
16
17                          **O R D E R**
18     **IT IS SO ORDERED.**
19             By the Court,
20
21 Dated: Aug. 20, 2012            /s/ John A. Mendez
                                   Hon. John A. Mendez
22                                 United States District Court Judge
23
24
25
26
27
28

Stipulation and Order            2